**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Layer Saver, LLC

**3. Other names you know the debtor has used in the last 8 years**

Layer Saver Financial Services, LLC

*Include any assumed names, trade names, or doing business as names.*

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

2 0 – 8 2 4 2 2 8 8
EIN

**5. Debtor's address**

**Principal place of business**

15774   S. Lagrange Rd.
Number   Street

#202

Orland Park           IL      60462
City                  State   ZIP Code

Cook
County

**Mailing address, if different**

12625   W. Yorkshire Dr.
Number   Street

_____
P.O. Box

Homer Glen          IL      60491
City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____
City                State   ZIP Code

Official Form 205                 Involuntary Petition Against a Non-Individual                 page 1

Debtor    Layer Saver, LLC _____    Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | http://www.layersaver.com |

| | | |
|---|---|---|
| 7. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                       MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                       MM / DD / YYYY |

**Part 3:   Report About the Case**

| | | |
|---|---|---|
| 10. | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  Layer Saver, LLC
        Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | |
|---|---|---|---|
| Tru-Form Steel & Wire, Inc. | Judgment/Unpaid Invoices | $ 236,924.71 | plus interest |
| Chao Xia "Renee" Zhang | Judgment/Unpaid Loans | $ 192,570.76 | plus interest |
| Carlson Partners, Ltd. | Unpaid Invoices | $ 75,966.00 | plus interest |
| Additional petitioners listed on attached sheets | Total of petitioners' claims | $ see page 6 | |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Tru-Form Steel & Wire, Inc.
Name

1204   Gilkey Ave.
Number   Street

Hartford City        IN        47348
City                 State     ZIP Code

Name and mailing address of petitioner's representative, if any
Tru-Form Steel & Wire, Inc. c/o Jeff Tuttle
Name

1204   Gilkey Ave.
Number   Street

Hartford City        IN        47348
City                 State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11  23  2016
             MM / DD / YYYY

X _____[signature]_____ President
Signature of petitioner or representative, including representative's title

**Attorneys**

Keith R. Krider and Richard J. Nogal
Printed name

Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
Firm name, if any

835   McClintock Dr.
Number   Street

Burr Ridge          IL        60527
City                State     ZIP Code

Contact phone  630 655-6000    Email  KRK@gsrnh.com
                                      RJN@gsrnh.com

Bar number  6303763

State  Illinois

X _____[signature]_____
Signature of attorney

Date signed  11 / 23 / 2016
             MM / DD / YYYY

Debtor  **Layer Saver, LLC**
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

Chao Xia "Renee" Zhang Kirkpatrick
Name

4219  Falkner Dr.
Number  Street

Naperville        IL        60564
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/26/2016
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Howard A. Davis
Printed name

Law Offices of Howard A. Davis
Firm name, if any

120  N. LaSalle St., Suite 1200
Number  Street

Chicago            IL        60602
City               State     ZIP Code

Contact phone  312 623-0018   Email  hdavis@davislaw1.com

Bar number  3127890

State  Illinois

X _____
Signature of attorney

Date signed  11/21/2016
             MM / DD / YYYY

**Name and mailing address of petitioner**

Carlson Partners, Ltd.
Name

2500  Highland Ave. #360
Number  Street

Lombard           IL        60148
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

William Roger Carlson
Name

2500  Highland Ave. #360
Number  Street

Lombard           IL        60148
City              State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/2016
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

William Roger Carlson
Printed name

Nisen & Elliott, LLC
Firm name, if any

200  W. Adams, Ste. 2500
Number  Street

Chicago           IL        60606
City              State     ZIP Code

Contact phone  312 346-7800   Email  rcarlson@nisen.com

Bar number  6192784

State  Illinois

X _____
Signature of attorney

Date signed  11/29/2016
             MM / DD / YYYY

Debtor  Layer Saver, LLC
Name
Case number (if known) _____

Case 16-38759    Doc 1    Filed 12/08/16    Entered 12/08/16 13:09:22    Desc Main
                         Document      Page 5 of 6

**Name and mailing address of petitioner**

Discovery Ventures, Inc.
Name

900    E. Diehl Rd., Suite 181
Number  Street

Naperville        IL        60563
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

John Schmidt
Name

416    S. Lincoln St.
Number  Street

Hinsdale          IL        60521
City              State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City        State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/28/16
            MM / DD / YYYY

X _[signature]_ PRESIDENT
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

JBS Financial LLC
Name

416    S. Lincoln St.
Number  Street

Hinsdale          IL        60521
City              State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

John Schmdit
Name

416    S. Lincoln St.
Number  Street

Hinsdale          IL        60521
City              State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City        State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/28/16
            MM / DD / YYYY

X _[signature]_ PRESIDENT
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor   Layer Saver, LLC   Case number (*if known*)_____
           Name

**Additional petitioners' claims**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Discovery Ventures, Inc.** | **Judgment/Unpaid Loan** | **$42,298.67 reduced by value of Layer Saver's interest in patent no. 8,495,961** |
| **JBS Financial LLC** | **Judgment/Unpaid Loan** | **$25,102.24** |
| | **Total of all petitioners' claims** | **$572,862.38 plus interest, reduced by ($42,298.67 minus the value of Layer Saver's interest in patent no. 8,495,961)** |